United States District Court
Southern District of Texas
**ENTERED**
January 28, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RADLEY BRADFORD, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 4:23-cv-03659 |

**ORDER GRANTING UNOPPOSED MOTION TO APPEAR TELEPHONICALLY OR VIA VIDEOCONFERENCE FOR INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

This matter coming before the Court on Plaintiff's Unopposed Motion to Appear Telephonically for Via Videoconference for Initial Pretrial and Scheduling Conference, the Court having reviewed the same and being advised in the premises, it is hereby ORDERED:

1. Plaintiff's Motion is granted.

2. Plaintiff's Counsel is authorized to appear telephonically for the Initial Pretrial and Scheduling Conference. Conference call instructions will be emailed.

Dated: January 26, 2024_



ALFRED HOMER BENNETT
UNITED STATES DISTRICT JUDGE