UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Radley Bradford

v.                                                         Case Number: 4:23−cv−03659

Comcast Cable Communications, LLC

---

# NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 3/29/2024

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Conference


Date:   January 28, 2024

Nathan Ochsner, Clerk