UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RADLEY BRADFORD, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC<br><br>    Defendant. | Case No. 4:23-cv-03659 |

### ORDER GRANTING UNOPPOPSED MOTION TO AMEND COMPLAINT

This matter coming before the Court on Plaintiff's Unopposed Motion to Amend Complaint, the Court having reviewed the same and being advised in the premises, it is hereby ORDERED:

1. Plaintiff's Motion is granted.

2. Plaintiff shall file an amended complaint by September 27, 2024

Dated: September 18, 2024



ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE